UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-18 _____ as

☐ Retained  ☑ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

**COUNSEL FOR:** Thomas Porter _____

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

_____
(signature)

| | |
|---|---|
| Trey Kelleter | 757-446-8697 |
| Name (printed or typed) | Voice Phone |
| Vandeventer Black LLP | 757-446-8670 |
| Firm Name (if applicable) | Fax Number |
| 101 West Main St., Suite 500 | |
| Norfolk, VA 23510 | tkelleter@vanblacklaw.com |
| Address | E-mail address (print or type) |

### CERTIFICATE OF SERVICE

I certify that on Nov. 8, 2016 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____
Signature

Nov. 8, 2016 _____
Date

01/19/2016 SCC