# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| THOMAS A. PORTER,<br>    *Petitioner-Appellant*,<br><br>v.<br><br>DAVID ZOOK, WARDEN,<br>SUSSEX I STATE PRISON,<br>    *Respondent-Appellee.* | No. 16-18<br>3:12-cv-00550-JRS |

### PORTER'S REPLY TO WARDEN'S OPPOSITION TO MOTION TO FILE OPENING BRIEF <u>ON OR BEFORE APRIL 7, 2017</u>

Petitioner-Appellant Thomas Porter, states the following in reply to the Warden's Opposition to Porter's Motion for Extension of Time to Submit Appellant's Opening Brief (ECF No. 22):

First, the Warden argues that Porter's requested extension is "exorbitant" because Porter could simply "polish" and file arguments on the 14 claims that were drafted for inclusion in the brief filed in 2015. ECF No. 22 at ¶¶ 3, 6. This is not, however, how Porter intends to approach briefing in this case, ECF No. 20 at 3–4, and he maintains that it is neither in the interests of the parties nor this Court that he be required to follow the Warden's proposed approach.

Second, the Warden is wrong to suggest that the briefing scheduled in *Juniper v. Zook* was designed to interfere with Porter's briefing schedule. ECF

No. 22 at 4–5. The March 2 filing date in *Juniper* was assigned prior to issuance of the briefing schedule in *Porter*.

Finally, Lee is appointed as lead counsel in the case, ECF No. 2, and his direct and comprehensive involvement in the development and presentation of the appeal is critical.

Porter's requested extension is modest and necessary for fair and appropriate appellate review, and should be granted.

## CONCLUSION

For the foregoing reasons, Mr. Porter respectfully requests that he be allowed to file the Appendix and Opening Brief in this matter on or before April 7, 2017.

Respectfully submitted,

*/s/ Robert Lee*
Robert Lee, VA Bar No. 37410
Virginia Capital Representation
Resource Center
2421 Ivy Rd., Suite 301
Charlottesville, VA 22903
Telephone: (434) 817-2970
Fax: (434) 817-2972
roblee@vcrrc.org

2

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| THOMAS A. PORTER,<br>    *Petitioner-Appellant*,<br><br>  v.<br><br>DAVID ZOOK, WARDEN<br>SUSSEX I STATE PRISON,<br>    *Respondent-Appellee.* | No. 16-18<br>3:12-cv-00550-JRS |

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2017, a copy of the foregoing Reply was filed electronically. Notice of this filing will be sent to all parties who have appeared in this Court via the Court's electronic filing system. Parties may access this filing system through the Court's system.

                              */s/ Robert Lee*
                              Robert Lee, VA Bar No. 37410

3